**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: APRIL 19, 2021

**RAMON JAQUEZ,** *on behalf of himself and all others similarly situated,*

                              **Plaintiff,**

        v.

**SMOKY MOUNTAIN KNIFE WORKS, INC.,**

                              **Defendant.**

**1:21-cv-01446 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:    April 19, 2021
              New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**