USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/21/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RAMON JAQUEZ,** *on behalf of himself and all others similarly situated,*
               **Plaintiff,**

-against-

**SMOKY MOUNTAIN KNIFE WORKS INC.,**
               **Defendant.**

**21-CV-01446 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' proposed consent order. *See* ECF No. 10. Paragraph 19 states that the Settlement Agreement "shall be provided to the Court in camera for inspection and review if the Court so requires." *Id.* at 8. In considering whether to approve the proposed consent order, the Court would like to review the Settlement Agreement incorporated by reference in the proposed consent order. The Parties are granted permission to file the Settlement Agreement under seal and should do so no later than **May 26, 2021**.

**SO ORDERED.**

**Dated:    May 21, 2021**
            **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**